UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EUGENE L. WEEMS,

        Plaintiff,

  v.

M.S. EVANS et al,

        Defendant.
                                 /

Case Number: CV07-06387 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene L. Weems  
T-40463/ B2-205  
Salinas Valley State Prison  
PO Box 1050  
Soledad, CA 93960

Dated: January 3, 2008

                                              Richard W. Wieking, Clerk  
                                              By: D. Toland, Deputy Clerk