Eugene Weems, T-40463
Salinas Valley State prison
Po Box 1050
Soledad, ca 93960



FILED
25 FEB 25 PM 12: 56



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Eugene L. WEEMS
     Plaintiff

    Vs.

M.S. EVANS, WArden
     Respondent

CASE NO. CV07 6387   WHA  (PR)
MOTION TO RETURN ▮
FROM ABEYANCE. TO
BE HEARD ON HABEAS
CORPUS GROUND'S

    Plaintiff filed A abeyance motion to stay federal petition
An return upon Exhaustion.

    Plaintiff have Exhausted state Judicial remedies and
Respectfully request to be heard on Habeas corpus In above
case no.

    Plaintiff submits supplAmental petition so it will not be
consider As A Excessful petition.

                Respectfully submitted
                MR.
                Eugene WEEMS
                  Pro-per

Dated: february 21, 2008

SEP-17-2004  12:22

State of California

# Memorandum

| WARDENS ROUTE | | | | P.02/04 |
|---|---|---|---|---|

| WARDENS ROUTE |
|---|
| COPY: ✓ |
| ASSIGNED TO: ■ |
| ☑ HQ FILE |
| ☐ REGION FILE |
| ☐ SVSP FILE |

| |
|---|
| ☑ AA |
| ☑ CDW ☐ HCM |
| ☑ CA I II BS CO HCS |
| ☑ Custody Captain |
| ☑ FC  A  B  C  D |
| ☐ CPM ☑ CBM |
| ☑ SCEP ☐ C&PR |

COPIES: ☐
☐ ISU ☐ ERO ☐ IS T
☐ IGI ☐ UOF ☐ IWTIP
☐ IPO ☐ ALL STAFF
☑ APPEALS
☑ LITIGATIONS
☑ Mailroom

Department of Corrections

Date :   September 17, 2004



To :   Regional Administrators-Institutions Division
       Wardens
       Litigation Coordinators
       Education and Inmate Programs Unit

Subject:   **PHOTOCOPYING AND MAILING SERVICE FOR LEGAL DOCUMENTS FROM INDIGENT INMATES**

This memorandum will discuss and clarify to what extent the California Department of Corrections (CDC) must provide indigent inmates free photocopying and mailing service to circulate their legal documents.

Numerous questions and concerns have arisen at institutions regarding the various California Code of Regulations (CCR) sections that pertain to the subject of photocopying and mailing of indigent inmates' legal documents.   Those sections include:   Section 3134, Indigent Inmates; Section 3160, Inmate access to Courts; Section 3162, Legal Forms and Duplicating Services; and Section 3165, Mailing Legal Documents.

Specifically, Section 3162, Legal Forms and Duplicating Services Mandates, states, in part that, "The printed forms required by state and federal courts which are supplied to the Department by the courts shall be provided to inmates without charge.  Inmates shall be required to pay for the duplication of printed forms and other written or typed materials and for any special paper and envelopes required for mailing to the courts. An inmate who is without funds for 30 days or more after such materials and services are provided shall not be required to pay for the cost of those materials and services."

Section 3134, Indigent Inmates states, in part, "An indigent inmate shall have free and unlimited postage for the mailing of claims to the Board of Control and for the filing of legal documents to any court as described in Section 3165."

Section 3165 (d), states, that "The cost of postage for mailing documents to the courts will be charged against an inmate's trust account unless the inmate is without funds at the time the material is submitted for mailing and remains without funds for 30 days after the documents are mailed."

c

Regional Administrators-Institutions Division
Wardens
Litigation Coordinators
Education and Inmate Programs Unit
Page 2

These departmental regulations have not been implemented uniformly among the prisons. Some institutions have been strictly interpreting these CCR sections and only provided free photocopying services and postage for indigent inmates to mail required forms, materials, and documents to the courts and the Board of Control (now named the California Victim Compensation and Government Claim Board). However, other institutions have been providing unlimited photocopying and postage for indigent inmates to mail forms and documents to all parties or entities requested by the inmate. The CDC has accordingly assessed to what extent that free postage and mailing services must be offered to indigent inmates who need them.

Two federal cases are on point. The first one, Bounds v. Smith (1977) 430 U.S. 817, establishes that indigent inmates must be given sufficient resources to circulate their documents for a court action. The second case, Gluth v. Kangas (9th Cir. 1991) 951 F.2d 1504, held that a prison must provide free photocopying and mailing to indigent inmates for "the number of copies of a document required by the court, plus one copy for the opposing party and one copy for the inmate's records."

Based on Bounds and Gluth, the CDC requests that institutions initially restrict the indigent inmate's free copying and mailing of legal documents to one copy for the intended court, one copy for the lead opposing party and a copy for their records. A copy for their records may be interpreted to mean that their copy is established by maintaining the original version of their documents.

It should be noted, the Office of the Attorney General (AG) provides legal representation to the CDC for inmate litigation. If the lead opposing party to an indigent inmate's court action is the CDC or its employees working in their official capacity, the inmate should mail a copy of his or her legal documents to the AG. Accordingly, if the leading opposing party is a Conflict Counsel, County District Attorney, City Attorney, etc., the one copy for lead opposing party should be directed to that entity rather than the AG Office.

Lastly, postage must initially be provided, at a minimum, so as to insure that the indigent inmate can mail one copy of the legal documents to the court and one copy to the AG's office. If the case is accepted by the court, the need for future copies of legal documents and necessary postage would be evaluated on a case-by-case basis.

Regional Administrators-Institutions Division
Wardens
Litigation Coordinators
Education and Inmate Programs Unit
Page 3

In summary, therefore, institutions should initially restrict free copying and mailing of legal documents for an indigent inmate to one copy for the intended court, one copy for the lead opposing party, and one copy for the records of the inmate. The CDC must cover the costs, including postage, for these mailings. The AG constitutes the lead opposing party if the subject of the inmate court action is the CDC or its employees.

If you have questions or require additional information, please contact Frank Lopez, Chief (A), Institution Services Unit, at (916) 323-4242.

CHERYL K. PLILER
Deputy Director
Institutions Division

Attachments

cc: J. S. Woodford         John Dovey              Ernest C. Van Sant
    Suzan L. Hubbard       Renee Kanan, M. D.      Kathleen Keeshen
    Wendy Still            Frank E. Renwick        Jim L'Etoile
    Reynando Accooe        Jackie Cervantes        Kathleen Dickinson
    W. J. Des Voignes      Ombudmen's Office       Frank Lopez

**STATE OF CALIFORNIA**                                    **COUNTY OF MONTEREY**

I, _Eugene Weems_____ declare under penalty of perjury that: I am

the ___plaintiff_____ in the above entitled action; I have read the foregoing documents
and know the contents thereof and the same is true of my own knowledge, except as to matters
stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this _21_ day of _February___, 20 _08_, at Salinas Valley State Prison,
Soledad, CA 93960-1050.

(Signature) _____

                                              **DECLARANT/PRISONER**

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

# **PROOF OF SERVICE BY MAIL**

I, _Eugene Weems_____, am a resident of California State Prison, in the
County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a
party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, CA 93960-
1050.

On _February_____, 20 _08_, I served the foregoing: _Petition of Habeas_

_Corpus & motion to return from stay of abeyance to be heard_

_on the grounds_____

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage
thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State
Prison, Soledad, CA 93960-1050.

_____ _United States District Court_

_____ _Northern District of California_

_____ _450 Golden Gate Avenue_

_____ _San Francisco, CA 94102_

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular
communication by mail between the place of mailing and the place so addressed.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED: _February 21____, 20 _08_

                                              **DECLARANT/PRISONER**

Eugene Weems, T-40463, B2-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

STATE PRISON
GENERATED MAIL

STATE PRISON
GENERATED MAIL

LEGAL MAIL ONLY

LEGAL MAIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
SAN FRANCISCO, CA 94102



UNITED STATES POSTAGE
$ 04.60°
0004387458    FEB 22 2008
MAILED FROM ZIP CODE