UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE L. WEEMS,<br><br>        Plaintiff,<br><br>  v.<br><br>M.S. EVANS et al,<br><br>        Defendant. | Case Number: CV07-06387 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene L. Weems
T-40463/ B2-205
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Attorney General's Office
455 Golden Gate Ave
San Francisco, CA 94102

Dated: March 4, 2008

                                                Richard W. Wieking, Clerk
                                                By: D. Toland, Deputy Clerk