# EXHIBIT A

# ABSTRACT OF JUDGMENT - PRISON COMMITMENT

FORM DSL 2

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **San Bernardino**
COURT I.D. **36130**   BRANCH **Barstow**

PEOPLE OF THE STATE OF CALIFORNIA versus  [X] PRESENT    CASE NUMBER(S): **FBA06134** - A

DEFENDANT: **Eugene Lamont Weems**
AKA:    [ ] NOT PRESENT

COMMITMENT TO STATE PRISON    AMENDED
ABSTRACT OF JUDGEMENT    ABSTRACT XX **07/24/03**

FILED - BARSTOW
SAN BERNARDINO COUNTY
SUPERIOR COURT
AUG 15 2003

DATE OF HEARING: **07 24 03**   DEPT. NO: **4**   JUDGE: **James M Dorr**   CLERK: **S Mendez**
REPORTER: **C Mathes**   COUNSEL FOR PEOPLE: **Mike Fermin**   COUNSEL FOR DEFENDANT: **Stanley Arouty**   PROBATION OFFIC: **Mark Garcia**

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY / MISDEMEANORS):

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | TERM (L, M, U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOL | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE(S) CS-REFER #A | 654 STAY | PRINCIPAL CONSECU TIME IMPO YEARS M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 211 | Second Degree Robbery | 00 | 10 | 25 | 01 | X | | | U | | | | | PRINCIPAL | | 5 |
| 2 | PC | 211 | Second Degree Robbery | 00 | 10 | 25 | 01 | X | | | M | | X | | | | | 1 |
| 5 | PC | 12021(A)(1) | Possession of firearm | 00 | 10 | 25 | 01 | X | | | M | | X | | | | | 0 |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:

| Count | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.53(B) | 10 | | | | | | | | | 10 |
| 2 | 12022.53(B) | 3Y4M | | | | | | | | | 3 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTION OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.

Restitution fine imposed in the sum of $137970.75 purs to 1202.4 payable to the victim & ZALES JEWELERS to be collected by DOC.

4. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |
| | | |

5. OTHER ORDERS: RESTITUTION FINE OF $ **$2500.00** PURSUANT TO P.C. 1202.4 TO BE COLLECTED BY DEPARTMENT OF CORRECTIONS.

RESTITUTION FINE OF $ **$2500** PURSUANT TO P.C. 1202.45 STAYED PENDING SUCCESSFUL COMPLETION OF PAROLE.

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):
7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM-LIMIT, ETC.
8. TOTAL TERM IMPOSED: **20**
9. EXECUTION OF SENTENCE IMPOSED:
   A. [ ] AT INITIAL SENTENCING HEARING
   B. [XX] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   C. [ ] AFTER REVOCATION OF PROBATION
   D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC §1170(D))
   E. [ ] OTHER

10. DATE OF SENTENCE PRONOUNCED: **07 24 03**   CREDIT FOR TIME SPENT IN CUSTODY: **1103**   INCLUDING: ACTUAL LOCAL TIME **959**   LOCAL CONDUCT CREDITS **144**   STATE INSTITUTIONS: [ ] DMH  [ ] CDC

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
    [X] FORTHWITH
    [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
    INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
    [ ] CALIF. INSTITUTION FOR WOMEN - FRONTERA
    [ ] CALIF. MEDICAL FACILITY-VACAVILLE
    [XX] CALIF. INSTITUTION FOR MEN - CHINO
    [ ] DEUEL VOC.
    [ ] SAN QUENTIN
    [ ] OTHER (SPECIFY)

CLERK OF THE SUPERIOR COURT

I hereby certify the foregoing to be a correct abstract of the judgement made in this action.

DEPUTY'S SIGNATURE: *Nessica Basara*   DATE: 08 15 03