# EXHIBIT B

**FILED**
SEP 19 2007
LISA M GALDOS
CLERK OF THE SUPERIOR COURT
_____ DEPUTY
S. GARSIDE

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MONTEREY

| | |
|---|---|
| In re                                  )<br>                                           )<br>     Eugene Weems            )<br>                                           )<br>                    On Habeas Corpus.  )<br>                                           )<br>                                           ) | Case No.: HC 5839<br><br>ORDER |

On July 27, 2007, Petitioner Eugene Weems filed a petition for writ of habeas corpus. On August 7, 2007, Petitioner filed a supplement to the petition.

Petitioner is currently incarcerated at Salinas Valley State Prison (SVSP).

On April 9, 2007, Correctional Officer Wright issued a Rules Violation Report (RVR) against Petitioner, for business dealings by inmate. (RVR B07-04-0004.) On May 10, 2007, Petitioner was found guilty of business dealings by inmate. Petitioner was assessed 30 days forfeiture of credits.

On or about April 15, 2007, Petitioner submitted an appeal, claiming that Correctional Officer Wright was improperly interfering with his right to correspond by mail. (SVSP-B-07-02179.)

On or about May 31, 2007, Petitioner submitted an appeal, challenging the guilty finding of business dealings by inmate. (SVSP-B-07-00949.) On June 1, 2007 and June 12, 2007, Petitioner's appeal was screened out.

In the instant petition, Petitioner challenges the guilty finding of business dealings by inmate. Petitioner appears to claim that SVSP officials are improperly interfering with his right to sell his book in violation of Penal Code section 2601(a). He also appears to claim that Correctional Officer Wright is improperly interfering with his right to correspond by mail.

1

1   Petitioner's claims fail because he has failed to exhaust administrative remedies. See *In re Muszalski* (1975) 52 Cal.App.3d 500, 508. Petitioner has failed to show that his appeals were reviewed *through the Director's level*. Petitioner fails to state whether he has received a response to his appeal, SVSP-B-07-02179. *People v. Duvall* (1995) 9 Cal.4th 464, 474. To the extent that Petitioner claims that he has not received an appeal response, he fails to state whether he inquired with the Appeals Office as to the status of his appeal, SVSP-B-07-02179. *Id.* To the extent that Petitioner claims that his appeal dated May 31, 2007 (SVSP-B-07-00949) was improperly screened out, his claim fails because he failed to comply with the Appeals Coordinator's instructions. The screen out dated June 1, 2007 and June 12, 2007 states in pertinent part, "If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives." (See CDC695 dated June 1, 2007 and June 12, 2007). Petitioner fails to state whether he submitted an explanation to the Appeals Coordinator after his appeal was screened out on June 1, 2007 and June 12, 2007. *Duvall, supra,* 9 Cal.4th at p. 474.

Petitioner's reliance on *In re Van Geldern* (1971) 5 Cal.3d 832 is misplaced. *In re Van Geldern* relied on California Penal Code section 2603, which granted inmates the right to convey property; however, this provision was repealed in 1975 and replaced by California Penal Code section 2601. See Cal. Pen. Code, § 2603 (repealed 1975). California Penal Code section 2601, unlike California Penal Code section 2603, contains a provision allowing corrections officials to prohibit inmate sales made for a business purpose. Pen. Code, § 2601.

The petition is denied.

2

IT IS SO ORDERED.

Dated: 09-19-07

_____
Hon. Stephen A. Sillman
Judge of the Superior Court

## CERTIFICATE OF MAILING

### C.C.P. SEC. 1013a

I do hereby certify that I am not a party to the within stated cause and that on

__SEP 2 1 2007__ I deposited true and correct copies of the following document:

ORDER in sealed envelopes with postage thereon fully prepaid, in the mail at Salinas, California, directed to each of the following named persons at their respective addresses as hereinafter set forth:

Eugene Weems, T-40463
SVSP
PO Box 1050
Soledad, CA 93960

Dated: SEP 2 1 2007

LISA M. GALDOS,
Clerk of the Court

By: _____
Deputy    S. GARSIDE