# EXHIBIT C

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO

**ORDER**



FILED
NOV 1 2007
COURT OF APPEAL FOURTH DISTRICT

In re EUGENE WEEMS
on Habeas Corpus.

E044341

(Super.Ct.No. FBA06134)

The County of San Bernardino

THE COURT

    The petition for writ of habeas corpus is DENIED without prejudice to filing with the Sixth District.

McKINSTER
Acting P.J.

cc:   See attached list



COPY