# EXHIBIT   E

S159832

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re EUGENE WEEMS on Habeas Corpus

---

The petition for writ of habeas corpus is denied.  (See *In re Dexter* (1979) 25 Cal.3d 921; *In re Clark* (1993) 5 Cal.4th 750.)

SUPREME COURT
**FILED**

FEB 1 3 2008

Frederick K. Ohlrich Clerk

Deputy

GEORGE
_____
Chief Justice