# EXHIBIT F

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date:   JAN 31 2008

In re:  Eugene Weems, T40463
        Salinas Valley State Prison
        P.O. Box 1020
        Soledad, CA 93960-1020

IAB Case No.: 0703001         Local Log No.: SVSP-07-04133

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Floto. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** The appellant is submitting this appeal relative to CDC Form 115, Rules Violation Report (RVR), Log #B07-04-0004, dated April 3, 2007, for Business Dealings by Inmates. The appellant contends that the information relied upon is erroneous. He claims that due process was violated in the adjudication of the RVR in that he was denied witnesses. It is the appellant's position that he is not guilty of the RVR. He requests dismissal of the RVR.

**II  SECOND LEVEL'S DECISION:** The reviewer found that the appellant was afforded due process, including a fair and unbiased hearing by an impartial Senior Hearing Officer (SHO). On April 3, 2007, the reporting employee discovered that the appellant was attempting to conduct unauthorized business dealings from within the institution. He had sent out several letters requesting money for a book that he claimed to have written. The appellant did not meet the criteria for the assignment of an Investigative Employee to assist in the gathering of evidence. The appellant did not meet the criteria for the assignment of a Staff Assistant as there was no need for a confidential relationship; the issues are not complex; and the appellant is not illiterate and understands English. The appellant waived that witnesses be present at the hearing.

**III DIRECTOR'S LEVEL DECISION:** Appeal is denied.

   **A. FINDINGS:** The appellant was afforded all due process rights in the adjudication of the RVR and all procedural guidelines were met. A preponderance of evidence was established by an impartial SHO to sustain the guilty finding. Reports reflect that the appellant has presented no new or compelling evidence in the appeal, which would warrant a modification of the decision reached by the institution.

   **B. BASIS FOR THE DECISION:**
   California Code of Regulations, Title 15, Section: 3005, 3024, 3315, 3318, 3320, 3323

   **C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:   Warden, SVSP
      Appeals Coordinator, SVSP