1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  JESSICA N. BLONIEN
   Supervising Deputy Attorney General
5  BRIAN C. KINNEY, State Bar No. 245344
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5255
    Fax:  (415) 703-5843
8   Email:  Brian.Kinney@doj.ca.gov

9  Attorneys for Respondent M.S. Evans, Warden
   at Salinas Valley State Prison

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EUGENE L. WEEMS,**<br><br>                          Petitioner,<br><br>          v.<br><br>**M. S. EVANS, Warden,**<br><br>                          Respondent. | C07-6387 WHA<br><br>**REQUEST FOR A NUNC PRO TUNC EXTENSION OF TIME TO FILE REPLY; DECLARATION OF COUNSEL**<br><br><br>Judge:  The Honorable William Alsup |

**REQUEST FOR A NUNC PRO TUNC EXTENSION OF TIME TO FILE THE REPLY TO PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS.**

Petitioner Eugene Weems is a California state inmate proceeding *pro se* in this habeas corpus action.  Petitioner challenges the constitutionality of a Rules Violation Report he received for violating a prison disciplinary rule prohibiting business dealings by inmates.  Respondent filed a motion to dismiss based on procedural default.  Petitioner opposed the motion.  For the

/ / /

/ / /

/ / /

1  reasons set forth in the accompanying declaration of counsel, Respondent respectfully requests a

2  nunc pro tunc extension of time to file the reply to Petitioner's opposition.

3      Dated:  June 23, 2008

4                                    Respectfully submitted,

5                                    EDMUND G. BROWN JR.
                                Attorney General of the State of California

6                                  DANE R. GILLETTE
                                Chief Assistant Attorney General

7                                  JULIE L. GARLAND
                                Senior Assistant Attorney General

8   

9                                  JESSICA N. BLONIEN
                                Supervising Deputy Attorney General

10

11

12                                  /S/ BRIAN C. KINNEY
                                BRIAN C. KINNEY

13                                  Deputy Attorney General
                                Attorneys for Respondent

14

15

16  20118213.wpd
   SF2008400771

17

18

19

20

21

22

23

24

25

26

27

28

Req. for Nunc Pro Tunc Ext. of Time to File a Reply; Decl. of Counsel           *Weems v. Evans*
                                                                                                                       C07-6387 WHA

I, Brian C. Kinney, declare:

1. I am an attorney licensed to practice before the courts of the State of California and this Court. I am employed by the California Office of the Attorney General as a Deputy Attorney General, in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Eugene Weems.

3. On May 13, 2008, the Attorney General's Office received Petitioner's opposition to Respondent's motion to dismiss.

4. Pursuant to the Court's March 4, 2008 order to show cause, Respondent's reply to the opposition was due on or before May 28, 2008. However, upon receiving Petitioner's opposition, I failed to calendar the due date of the reply. Subsequently, I failed to prepare and file a reply. I realized my error on June 16, 2008, and promptly prepared the reply.

5. As a result, I am respectfully requesting a nunc pro tunc extension of time to file the reply to Petitioner's opposition.

6. Petitioner is representing himself and because he is currently incarcerated, he is not easily reachable for notification of my request.

7. This request is not made for any purpose of harassment, undue delay, or for any improper reason. Rather, I neglected to calendar the due date of the reply and I failed to timely prepare one.

I declare under penalty of perjury that the above is true and correct, and that this declaration was executed on June 23, 2008, in San Francisco, California.

/S/ BRIAN C. KINNEY
Brian C. Kinney
Deputy Attorney General

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Eugene L. Weems v. M. S. Evans, Warden**

Case No.:    **C07-6387 WHA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 24, 2008**, I served the attached

**REQUEST FOR A NUNC PRO TUNC EXTENSION OF TIME TO FILE REPLY; DECLARATION OF COUNSEL**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Eugene L. Weems
T-40463/B2-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA  93960
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 24, 2008**, at San Francisco, California.


| R. Panganiban | /S/R. Panganiban |
|---|---|
| Declarant | Signature |

20118592.wpd