September 01, 2008

CASE # CV07 06387 WHA

Dear Clerk of the court,

I would like to inform you of my new address.

New Address:
Eugene Weems, T-40463
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640


Thank you

MR. 

Eugene Weems, T-40463, D8-126
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

STATE PRISON
GENERATED MAIL

Legal mail

9410233661 0004

Office of the clerk,
US. District court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

02 1A
0004397458
MAILED FROM ZIP CODE 93960
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.42⁰
SEP 02 2008



Thomson c/o 09/01/08